

03/12/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DERRALL WAYNE BROWN** | § | CASE NO: 20-42321-BTR-13 |
| | § | |
| | § | CHAPTER: 13 |
| **DEBTOR** | § | |

## AGREED ORDER ON DEBTORS MOTION
## TO VACATE DISMISSAL ORDER AND REINSTATE CASE

CAME ON BEFORE THE COURT, Debtors' Motion to Reinstate their Bankruptcy and having considered its merits the Court finds that good cause exists and the motion should be granted. It is therefore:

ORDERED, ADJUDGED, DECREED, that Debtors' Chapter 13 bankruptcy, case number 20-42321, be reinstated to the Court's active docket.

Signed on 3/12/2021

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

AGREED TO:

/s/ Jeff LeForce
Standing Chapter 13 Trustee


/s/ C. Daniel Herrin
Daniel Herrin
Attorney for Debtor